1  CAROLYN HOECKER LUEDTKE (SBN: 207976)
   Carolyn.Luedtke@mto.com
2  JONATHAN H. BLAVIN (SBN: 230269)
   Jonathan.Blavin@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, CA  94105
   Telephone:  (415) 512-4000
5  Facsimile:  (415) 512-4077

6  KELLY M. KLAUS (SBN: 161091)
   Kelly.Klaus@mto.com
7  LAURA K. WIRTH (SBN: 280800)
   Laura.Wirth@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
10 Fax:   (213) 687-3702

11 Attorneys for Plaintiff
   ELECTRONIC ARTS INC.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 ELECTRONIC ARTS INC.                  CASE NO.  CV 12-04099

16        Plaintiff,                     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

17        v.

18 ZYNGA INC.,

19        Defendant.

20

21

22

23

24

25

26

27

28

1         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 8, 2012          Munger, Tolles & Olson LLP

By: */s/ Carolyn Hoecker Luedtke*
     Carolyn Hoecker Luedtke

-1-      CERT. OF INT. ENTITIES OR PERSONS
CASE NO. CV 12-04099