1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Karin Kramer (Bar No. 87346)
3  karinkramer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  PAUL HASTINGS LLP
   Bradford K. Newman (Bar No. 178902)
7  bradfordnewman@paulhastings.com
   Peter C. Meier (Bar No. 179019)
8  petermeier@paulhastings.com
   1117 S. California Avenue
9  Palo Alto, CA  94304-1106
   Telephone:    (650) 320-1800
10 Facsimile:    (650) 320-1900

11 Attorneys for Defendant/Counter-Claimant
   ZYNGA INC.
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 
| ELECTRONIC ARTS INC., | CASE NO. CV 12 4099 SI |
|---|---|
| Plaintiff, | **DECLARATION OF STEPHEN N. YANG IN SUPPORT OF ZYNGA INC.'S *EX PARTE* APPLICATION TO FILE UNDER SEAL PORTIONS OF ITS COUNTERCLAIM FOR BREACH OF CONTRACT AND VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200** |
| vs. | |
| ZYNGA INC., | |
| Defendant. | |
| ZYNGA INC., | |
| Counter-Claimant, | |
| vs. | |
| ELECTRONIC ARTS INC., | |
| Counter-Defendant. | |

Case No. CV 12 4099 SI                     YANG DECL. ISO ZYNGA'S *EX PARTE* APP. TO FILE UNDER SEAL

I, Stephen N. Yang, declare:

1. I am an attorney licensed to practice before the Courts of the State of California, and before the United States District Court for the Northern District of California. I am an associate with the law firm of Paul Hastings LLP, attorneys of record for Defendant and Counter-Claimant Zynga Inc. ("Zynga"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge.

2. Zynga seeks to seal the following portions of its Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200:

| Item No. | Document | Page:Line |
|---|---|---|
| 1. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 1:10 (all words after "released") |
| 2. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 8:22 (all words after "into a" and before "settlement agreement") |
| 3. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 8:23 (all words after "a release" and before "*See*") |
| 4. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 8:24-25 (all words after "release" and before "*See*") |
| 5. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 12:10 (all words after "agreement that") |
| 6. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 12:11 (all words before "included a") |
| 7. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 12:12 (all words after "claims" and before "*See*") |
| 8. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 15:27 (all words after "released") |
| 9. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 15:28-16:1 (all) |
| 10. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code | 16:5-8 (all) |

Case No. CV 12 4099 SI   -1-   YANG DECL. ISO ZYNGA'S *EX PARTE* APP. TO FILE UNDER SEAL

| | | Section 17200 | |
|---|---|---|---|
| | 11. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:9 (all words before "and to the extent") |
| | 12. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:10-12 (all) |
| | 13. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:13-14 (all words after "and waived") |
| | 14. | Exhibit A to Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | In its entirety |
| | 15. | Exhibit B to Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | In its entirety |

3. The request is narrowly tailored to protect the terms of these confidential settlement agreements to which Zynga is a party and under which Zynga has a duty to maintain their confidentiality.

4. Zynga has compelling reasons and a significant interest in complying with these settlement agreements by maintaining the confidentiality of their terms, and would be prejudiced if such information became publicly available.

5. As EA is also a party to the confidential settlement agreements at issue and bound by the same confidentiality requirements, Zynga anticipates that EA will not oppose this application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of September, 2012 in Palo Alto, California.

/s/ Stephen N. Yang
Stephen N. Yang

Case No. CV 12 4099 SI -2- YANG DECL. ISO ZYNGA'S *EX PARTE* APP. TO FILE UNDER SEAL