QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

PAUL HASTINGS LLP
  Bradford K. Newman (Bar No. 178902)
  bradfordnewman@paulhastings.com
  Peter C. Meier (Bar No. 179019)
  petermeier@paulhastings.com
1117 S. California Avenue
Palo Alto, CA  94304-1106
Telephone:    (650) 320-1800
Facsimile:    (650) 320-1900

Attorneys for Defendant/Counter-Claimant
ZYNGA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ZYNGA INC.,<br><br>                    Defendant. | CASE NO. CV 12 4099 SI<br><br>**[PROPOSED] ORDER GRANTING ZYNGA INC.'S *EX PARTE* APPLICATION TO FILE UNDER SEAL PORTIONS OF ITS COUNTERCLAIM FOR BREACH OF CONTRACT AND VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200** |
| ZYNGA INC.,<br><br>                    Counter-Claimant,<br><br>    vs.<br><br>ELECTRONIC ARTS INC.,<br><br>                    Counter-Defendant. | |

1    Defendant and Counter-Claimant Zynga Inc. ("Zynga") has filed Zynga's *Ex Parte*
2 Application To File Under Seal portions of its Counterclaim For Breach Of Contract And
3 Violation Of California Business And Professions Code Section 17200, pursuant to Civil Local
4 Rules 7-10, 79-5, and this Court's Standing Order in the above-captioned matter.

5    The Court, having considered the papers and the respective arguments of counsel, finds as
6 follows:

7    1.   Portions of the documents set forth in Zynga's *Ex Parte* Application are entitled to
8         protection under the law as compelling reasons exist for the sealing thereof;
9    2.   The request is narrowly tailored to seek sealing only of sealable material;
10   3.   The request conforms with Civil L.R. 79-5(c).

11   Good and sufficient cause appearing, IT IS, THEREFORE, ORDERED, that Zynga's *Ex*
12 *Parte* Application To File Under Seal be, and hereby is GRANTED.  The following portions of
13 documents submitted in support of Zynga Inc.'s Counterclaim For Breach Of Contract And
14 Violation Of California Business And Professions Code Section 17200 are hereby sealed:

| Item No. | Document | Page:Line |
|---|---|---|
| 1. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 1:10 (all words after "released") |
| 2. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 8:22 (all words after "into a" and before "settlement agreement") |
| 3. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 8:23 (all words after "a release" and before "*See*") |
| 4. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 8:24-25 (all words after "release" and before "*See*") |
| 5. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 12:10 (all words after "agreement that") |
| 6. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 12:11 (all words before "included a") |

Case No. CV 12 4099 SI                         -1-            [PROPOSED] ORDER GRANTING ZYNGA'S *EX PARTE* APP.

| | | |
|---|---|---|
| 7. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 12:12 (all words after "claims" and before "*See*") |
| 8. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 15:27 (all words after "released") |
| 9. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 15:28-16:1 (all) |
| 10. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:5-8 (all) |
| 11. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:9 (all words before "and to the extent") |
| 12. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:10-12 (all) |
| 13. | Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | 16:13-14 (all words after "and waived") |
| 14. | Exhibit A to Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | In its entirety |
| 15. | Exhibit B to Zynga Inc.'s Counterclaim For Breach Of Contract And Violation Of California Business And Professions Code Section 17200 | In its entirety |

**IT IS SO ORDERED.**

Dated: September ___, 2012

_____
THE HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE