IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC., | No. C 12-4099 SI |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| ZYNGA INC., | |
| Defendant. / | |

Defendant's ex parte Application to File Under Seal Portions of its Counterclaim IS DENIED. Defendant shall file an unredacted copy of the counterclaim and exhibits.

This order resolves Docket Nos. 20 and 21.

**IT IS SO ORDERED.**

Dated: September 18, 2012

SUSAN ILLSTON
United States District Judge