| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Claude M. Stern (Bar No. 96737) |
| 2 | claudestern@quinnemanuel.com |
| | Karin Kramer (Bar No. 87346) |
| 3 | karinkramer@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 4 | Redwood Shores, California  94065-2139 |
| | Telephone:   (650) 801-5000 |
| 5 | Facsimile:    (650) 801-5100 |
| 6 | PAUL HASTINGS LLP |
| | Bradford K. Newman (Bar No. 178902) |
| 7 | bradfordnewman@paulhastings.com |
| | Peter C. Meier (Bar No. 179019) |
| 8 | petermeier@paulhastings.com |
| | 1117 S. California Avenue |
| 9 | Palo Alto, CA  94304-1106 |
| | Telephone:   (650) 320-1800 |
| 10 | Facsimile:    (650) 320-1900 |
| 11 | Attorneys for Defendant/Counterclaimant Zynga Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC ARTS INC., | CASE NO. 3:12-CV-04099-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| ZYNGA INC., | |
| Defendant. | |
| ZYNGA INC., | |
| Counter-Claimant, | |
| vs. | |
| ELECTRONIC ARTS INC., | |
| Counter-Defendant. | |

Electronic Arts Inc. and Zynga Inc. hereby stipulate as follows:

1. All claims and counterclaims asserted by both sides in this matter are dismissed with prejudice;

2. The parties shall bear their own fees and costs.

DATED: February 15, 2013       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Claude Stern*
Claude M. Stern
Karin Kramer

DATED: February 15, 2013       MUNGER, TOLLES & OLSON LLP

By */s/ Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke
Kelly M. Klaus
Jonathan H. Blavin
Laura K. Wirth

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____

The Honorable Jon. S. Tigar

1 **ECF ATTESTATION**

2 In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories to this document

3 have agreed to its filing.

4

5 Dated: February 15, 2013 QUINN EMANUEL URQUHART & SULLIVAN, LLP

6

7
By: _/s/ Karin Kramer_
8