UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELECTRONIC ARTS INC., | |
|---|---|
| Plaintiff, | Case No. 12-cv-04099-JST |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ZYNGA INC., | Re: Dkt. No. 42. |
| Defendant. | |

Pursuant to stipulation by the parties, Dkt. No. 42, and good cause appearing, all claims and counterclaims asserted by both parties in this matter are hereby dismissed with prejudice. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: February 20, 2013

_____
Jon S. Tigar
United States District Judge